**70**

Charles Cason, pro se. Derrick K. McFarland, Office of the Attorney General of South Carolina, Columbia, SC, for appellees.

Before WILKINS, TRAXLER and KING, Circuit Judges.

PER CURIAM.

Charles Cason seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Cason v. Catoe*, No. CA–00–1505–3–20 (D.S.C. March 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Troy R. Sutton, pro se.

Before WILKINS, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Troy Sutton appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Sutton v. Virginia*, No. CA–01–176–2 (E.D.Va. Mar. 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

Troy R. SUTTON, Petitioner–Appellant,

v.

Commonwealth of VIRGINIA; Attorney General of the Commonwealth of Virginia; Mark L. Early, Esq., Respondents–Appellees.

No. 01–6531.

United States Court of Appeals, Fourth Circuit.

Submitted May 31, 2001.

Decided June 11, 2001.

UNITED STATES of America, Plaintiff–Appellee,

v.

Sidike CONDE, Defendant–Appellant.

No. 01–6624.

United States Court of Appeals, Fourth Circuit.

Submitted May 31, 2001.

Decided June 11, 2001.